# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 09CR2552 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JOSE DANIEL ABARCA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion and good cause shown, that the sentencing date of defendant JOSE DANIEL ABARCA in the above-entitled case be and is hereby continued from Friday, February 19, 2010 at 9:00 a.m. to Friday, *May 14, 2010 at 9:00 a.m.*

**SO ORDERED.**

DATED: January 27, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

1                                                                                              09CR2552